IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JASON WELLBURN,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ANDREW MCFARLANE; DEPUTY WARDEN RICKEY WILCOX, SR.; DEPUTY WARDEN FOSTER; C.O. OFFICER GRAY; and TELFAIR STATE PRISON,<br><br>Defendants. | ) | CV 326-036 |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 27th day of August, 2026, at Augusta, Georgia.

Dudley H. Bowen, Jr.

UNITED STATES DISTRICT JUDGE